No. D–1828. In re Disbarment of Newell. Frank Harvey Newell III, of Towson, Md., is suspended from the practice of law

in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.